UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:17-CV-21984-GAYLES/OTAZO-REYES

LOURDES VALDES, and all others similarly
situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

MATRIX HOME CARE, LLC,
PRENILLE OSTBERG,

    Defendants.
_____/

## PROPOSED SCHEDULING ORDER SETTING
## CIVIL TRIAL DATE AND PRETRIAL SCHEDULE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **August 21, 2018**. The **Calendar Call** will be held at **9:30 a.m. on Wednesday, August 15, 2018**. A **Status Conference** will be held at **9:30 a.m. on Wednesday, May 2, 2018**. The parties shall adhere to the following schedule[1]:

| | |
|---|---|
| 1. Joinder of any additional parties and filing to amend the complaint by | **November 30, 2017** |
| 2. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **January 5, 2018** |

---

[1] Counsel for the Plaintiffs are Jewish and observe the High Holy Days. Plaintiffs' counsel's firm, is closed in observance of said holidays on 5/31/17, 6/1/17, 9/21/17, 9/22/17, 9/30/17, 10/5/17, 10/6/17, 10/12/17, 10/13/17. Plaintiff's counsel observes the Jewish holidays of Sukkot and Shmeni Atzeiret which begin on 10/4/17 and last through 10/12/17. Further, Defense counsel has indicated that as part of Defendants' alleged affirmative efforts to comply with the FLSA, Defendants are alleging that they relied on the advice of Defense counsel and his Firm. As Defense counsel and his Firm are material witnesses in that they allegedly counseled and advised Defendants with regards to their obligations to comply with the provisions of the FLSA, Plaintiff intends to move to disqualify said counsel.

| | | |
|---|---|---|
| 3. | Plaintiff shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **January 16, 2018** |
| 4. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **January 30, 2018** |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **February, 30, 2018** |
| 6. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **October 20, 2017** |
| 7. | Fact discovery shall be completed by | **March 30, 2018** |
| 8. | Expert discovery shall be completed by | **March 30, 2018** |
| 9. | Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by | **April 13, 2018** |
| 10. | Mediation shall be completed by | **May 23, 2018** |
| 11. | All pretrial motions and memoranda of law, including motions in limine, shall be filed by | **June 7, 2018** |
| 12. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **July 16, 2018** |
| 13. | Electronic versions of documentary exhibits and Certificates of Compliance re Admitted Evidence shall be filed on CM/ECF by | **July 20, 2018** |

By: */s/ Neil Tobak, Esq.*_____
    Neil Tobak, Esq.
    Fla. Bar No. 093940
    ntobak.zidellpa@gmail.com
    J.H. ZIDELL, P.A.
    300 71st Street, Suite 605
    Miami Beach, FL 33141
    Telephone: (305) 865-6766
    Facsimile: (305) 865-7167

*Attorney for Plaintiff Lourdes Valdes*

By: */s/ Christopher S. Duke*_____
    Christopher S. Duke
    Fla. Bar No. 0901740
    chris.duke@akerman.com
    AKERMAN LLP
    777 South Flagler Drive
    Suite 1100 West Tower
    West Palm Beach, FL 33401
    Telephone: (561) 653-5000
    Facsimile: (561) 659-6313

*Attorney for Defendants Matrix Home Care, LLC and PernilleOstberg*