UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:17-CV-21984-GAYLES/OTAZO-REYES

LOURDES VALDES, and all others similarly
situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

MATRIX HOME CARE, LLC,
PRENILLE OSTBERG,

    Defendants.
_____/

## JOINT PLANNING AND SCHEDULING REPORT

Plaintiff and Defendants, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 26(f), S.D.Fla. L.R. 16.1(B), and the Court's Order, hereby file this Joint Scheduling Report.

A.    <u>The Likelihood of Settlement</u>

    The Parties intend to explore, in good faith, the possibilities of settlement and will continue to explore, in good faith, the possibilities of settlement as contemplated by S.D. Fla. L.R. 16.1(B)(5), as this case progresses further.

B.    <u>The Likelihood of Appearance In the Action of Additional Parties</u>

    At the present time, the Parties do not anticipate adding any additional Parties however the Parties will seek leave to amend, if applicable. Plaintiff intends to fully utilize the FLSA opt-in process and will seek leave to amend or certify if applicable.

C.    <u>Proposals for the Formulation and Simplification of Issues</u>

    The Parties agree to cooperate in trying to simplify the issues through discovery.

D.    <u>The Necessity or Desirability of Amendments to the Pleadings</u>

The parties do not anticipate any Amendments to the Pleadings at this time. Plaintiff intends to fully utilize the FLSA opt-in process and will seek leave to amend or certify if applicable. Plaintiff demands a trial by jury.

E.   The Possibility of Obtaining Admissions of Fact and Documents to Avoid Unnecessary Proof

The Parties will attempt, in good faith, to obtain admissions of fact, make appropriate stipulations, and exchange documents which will avoid unnecessary proof in this action. The Parties will work to agree on authentication of relevant documents and reserving arguments as to interpretation of such documents, specifically, to documents which originated from each of the Parties and/or their respective representatives/employees. At this time, there is no need for any advance rulings with respect to admissibility of evidence.

F.   Suggestions of the Avoidance of Unnecessary Proof and Cumulative Evidence

The Parties, where possible and in good faith, shall attempt to streamline the presentation of evidence to advance the case to trial, and to minimize the duration of the proposed trial, as to those facts and evidence where there is no dispute.

G.   Suggestions on the Advisability of Referring Matters to Magistrate Judge or Master

The Parties do not agree to consent to the Magistrate at this time.

H.   Preliminary Estimate of the Time Required for Trial

The Parties estimate this case will require 3 to 4 days for trial. Plaintiff requests a trial by jury.

I.   Any Other Information That Might Be Helpful to the Court

Counsel for the Plaintiffs are Jewish and observe the High Holy Days.  Plaintiffs' counsel's firm, is closed in observance of said holidays on 5/31/17, 6/1/17, 9/21/17, 9/22/17, 9/30/17, 10/5/17, 10/6/17, 10/12/17, 10/13/17. Plaintiff's counsel observes the Jewish holidays of Sukkot and ShmeniAtzeiret which begin on 10/4/17 and last through 10/12/17. . Further, Defense counsel has indicated that as part of Defendants' alleged affirmative efforts to comply with the FLSA, Defendants are alleging that they relied on the advice of Defense counsel and his Firm. As Defense counsel and his Firm are material witnesses in that they allegedly counseled and advised Defendants with regards to their obligations to comply with the provisions of the FLSA, Plaintiff intends to move to disqualify said counsel.

DATED:  The 27th day of July, 2017.

By: */s/ Rivkah F. Jaff, Esq.*        
    Rivkah F. Jaff, Esq.
    Fla. Bar No. 107511
    Rivkah.jaff@gmail.com
    J.H. ZIDELL, P.A.
    300 71st Street, Suite 605
    Miami Beach, FL 33141
    Telephone: (305) 865-6766
    Facsimile: (305) 865-7167

*Attorney for Plaintiff Lourdes Valdes*

By: */s/ Christopher S. Duke*        
    Christopher S. Duke
    Fla. Bar No. 0901740
    chris.duke@akerman.com
    AKERMAN LLP
    777 South Flagler Drive
    Suite 1100 West Tower
    West Palm Beach, FL 33401
    Telephone: (561) 653-5000
    Facsimile: (561) 659-6313

*Attorney for Defendants Matrix Home Care, LLC and PernilleOstberg*