UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-21984-CIV-DPG

LOURDES VALDES and all others similarly )
situated under 29 U.S.C. 216(b), )
 )
       Plaintiff, )
vs. )
 )
MATRIX HOME CARE, LLC., )
PRENILLE OSTBERG, )
 )
       Defendants. )
_____ )

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF ALL DEADLINES**

**COME NOW** the Plaintiffs, by and through undersigned counsel, and hereby file the above-described Motion, and in support thereof states as follows:

1. On August 2, 2017, the Court held a Status Conference before the Honorable Senior District Judge Seitz, in the absence of the Honorable District Judge Gayles. [DE19]. The Court Ordered Defendants to obtain new counsel and for same to enter a notice of appearance by August 23, 2017. *Id.*

2. At said Hearing, the Court on the record advised the Parties that the dates proposed by the Court for the scheduling order would remain in effect but that once new Defense counsel appeared the Parties should confer regarding proposing alternative dates. Plaintiff's counsel, in addressing the Court, advised the Court that in this District oftentimes an extension of time is not granted absent special circumstances. In response to Plaintiff's counsel, the Court stated that when the time arose the Honorable Senior

District Judge Seitz would apprise the Honorable District Judge Gayles of what transpired at the Hearing and would support the extension.[1]

3. Per the Scheduling Order [DE21], discovery shall be completed by December 1, 2017 and dispositive motions shall be filed by December 5, 2017.

4. In compliance with the Court's Order [DE19], new Defense counsel filed their Notice of Appearance on August 23, 2017. [DE22]. Further, the Court has granted Defendants' Motion for Extension of Time to respond to written discovery. [DE24].

5. Plaintiff has noticed Defendants' depositions on the mutually agreed to date of September 15, 2017, therefore allowing Plaintiff an opportunity to review and analyze Defendants' responses to Plaintiff's initial discovery, and possibly resolving any discovery disputes which may arise, prior to said depositions.

6. Plaintiff is in the process of conferring with Defendants to obtain dates to notice and issue a subpoena for the deposition *duces tecum* of the 30(b)(6) Corporate Representative of Akerman, LLP, as Defendants have represented that they intend rely on same for their "good faith" defense. Further, Plaintiff intends to conduct other relevant discovery to Plaintiff's claims.

7. Moreover, Plaintiffs' counsel's firm, is closed in observance of the following Jewish holidays on 9/21/17, 9/22/17 for Rosh Hashanah, 10/5/17 and 10/6/17 for Sukkot, 10/12/17 for Shemini Atzeret, and 10/13/17 for Simchat Torah.

8. As such, Plaintiff will have only approximately three and a half months of discovery.

---

[1] The undersigned does not have a transcript of the Hearing that was held on August 2, 2017, and is paraphrasing what transpired based on the best recollection of the undersigned's co-counsel, Neil Tobak, Esq., who attended same.

Case 1:17-cv-21984-DPG   Document 25   Entered on FLSD Docket 08/23/2017   Page 3 of 5

9. In an effort to have sufficient time to conduct discovery so as to possibly clarify and narrow issues for Trial, Plaintiff is seeking a brief three (3) months enlargement of all deadlines.

10. This brief enlargement of time will benefit the Parties and the Court as the extension to depose critical witnesses and to obtain relevant discovery which in turn will seek to narrow the issues for dispositive motions and, ultimately, to be presented at trial.

11. Plaintiff submits this request for an extension in good faith and not for the purpose of delay but rather to allow the Parties more time to conduct relevant discovery related to issues alleged in the Complaint.

12. Therefore, Plaintiff respectfully that this Court grant this Motion and extend all deadlines the discovery by three (3) months (90 days).

## **MEMORANDUM OF LAW**

The Court has discretion to grant enlargements and to amend its scheduling order when good cause is shown. *See Johnson v. Bd. of Regents of Univ. Ga.*, 263 F.3d 1417 (11th Cir. 2011); *See also, Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998); *Michael Grecco Photography, Inc. v. Everett Collection, Inc.*, No. 07-CIV-8171, 2008 WL 4580024, *3-4 (S.D.N.Y. 10/14/08). The foregoing should constitute good cause shown to justify an extension under FRCP 6 and *Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360 (5th Cir. 1995).

As above mentioned, approximately one month of discovery was burned out by the fact that Defendants had not obtained new counsel and, as such, Plaintiff was unable to coordinate the scheduling of depositions. *See*, [DE19]. The requested enlargement is not sought for purposes of delay and would permit the aforesaid issues to be resolved thereby possibly clarifying and narrowing the issues for Trial.

Page **3** of **5**

WHEREFORE PLAINTIFF RESPECTFULLY THAT THIS COURT GRANT THIS MOTION AND EXTEND ALL DEADLINES THE DISCOVERY BY THREE (3) MONTHS (90 DAYS).

## CERTIFICATE OF CONFERRAL

Defendants did not agree to join in this Motion.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
   Rivkah F. Jaff, Esquire
   Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA EMAIL ON 8/23/17 TO:**

**SCOTT W. ATHERTON, ESQ.
ATHERTON MCAULIFFE & REEDER PA
224 DATURA ST., SUITE 815
WEST PALM BEACH, FL  33401
TEL:   561.293.2530
FAX: 561.293.2593
EMAIL:  SCOTT@ATHERTONLG.COM**

   BY:_____/s/ Rivkah F. Jaff_____
           **RIVKAH F. JAFF, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-21984-CIV-DPG

LOURDES VALDES and all others similarly )
situated under 29 U.S.C. 216(b), )
 )
        Plaintiff, )
vs. )
 )
MATRIX HOME CARE, LLC., )
PRENILLE OSTBERG, )
 )
        Defendants. )
_____ )

## ORDER GRANTING PLAINTIFFS' MOTION FOR ENLARGEMENT OF ALL DEADLINES

This cause, having come before the Court on the above-described motion, and the Court being duly advised in the premises, it is ORDERED AND ADJUDGED that said motion is granted as follows:

ALL DEADLINES SHALL BE EXTENDED BY THREE (3) MONTHS (90 DAYS).

DONE AND ORDERED in chambers in Miami, Florida, on this _____ day of _____, 2017.

                                                          _____
                                                          DARRIN P. GAYLES
                                                          UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record