UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-21984-CIV-DPG

LOURDES VALDES and all others similarly )
situated under 29 U.S.C. 216(b), )
 )
       Plaintiff, )
vs. )
 )
MATRIX HOME CARE, LLC., )
PRENILLE OSTBERG, )
 )
       Defendants. )
_____ )

## PLAINTIFF'S REPLY TO [DE28]

**COMES NOW** the Plaintiff, by and through undersigned counsel, and hereby Replies to Defendants' Response in Opposition to Plaintiff's Motion for Enlargement of All Deadlines, filed by Defendants as [DE28], and in support thereof states as follows:

1. Plaintiff re-incorporates be reference Plaintiff's position as set forth in the Notice filed pursuant to the Court's Order [DE27] in support of Plaintiff's request for the brief enlargement of all deadlines.

2. Per the Scheduling Order [DE21], discovery shall be completed by December 1, 2017 and dispositive motions shall be filed by December 5, 2017.

3. Plaintiff has been making diligent attempts to timely comply with the Scheduling Order as is including timely properly noticing Defendants' depositions, serving written discovery, and conferring regarding the scheduling of follow-up depositions.

4. As a result of the severity of hurricane Irma and post-storm related activities (i.e. evacuation, damage to property, loss of communications, inaccessibility of roads, inability to return to residences located in mandatory evacuation zones, etc.) the Parties

have lost approximately one workweek wherein the Parties could have conferred further over discovery disputes and other issues relevant to the instant lawsuit (i.e. setting follow-up depositions, etc.). Further, as a result of hurricane Irma the Court has been closed for approximately one (1) workweek as well. Given the already short discovery deadline this has burned out valuable discovery time.

5. Moreover, Defendants are currently scheduled to be deposed on September 15, 2017, and are requesting for same to be rescheduled because of hurricane Irma as, per their conferral email, several of their lawyers are still without power and they are working on having everyone up and running and that the deponent (the individual Defendant and 30(b)(6) Corporate Representative of the Corporate Defendant) is "dealing with many personal and professional issues because of the storm." Should the depositions not proceed as properly noticed on the mutually agreed to date and time the Parties will need to confer further on a date to re-set same.

6. Finding a date to re-schedule Defendants' depositions will be made difficult as a result of Plaintiff's counsel's firm's closures in observance of the following Jewish holidays on 9/21/17, 9/22/17 for Rosh Hashanah, 10/5/17 and 10/6/17 for Sukkot, 10/12/17 for Shemini Atzeret, and 10/13/17 for Simchat Torah. Further, the undersigned Firm is set to commence a Jury Trial before the Honorable Magistrate Judge Andrea M. Simonton on September 18, 2017, barring a continuance resulting in the undersigned Firm being short-staffed and compounding the scheduling issue further.

7. The requested brief enlargement of time will benefit the Parties and the Court as the extension to depose critical witnesses and to obtain relevant discovery which in turn will seek to narrow the issues for dispositive motions and, ultimately, to be presented at trial.

8. Plaintiff submits this request for an extension in good faith and not for the purpose of delay but rather to allow the Parties more time to conduct relevant discovery related to issues alleged in the Complaint.

WHEREFORE PLAINTIFF RESPECTFULLY THAT THIS COURT GRANT THIS MOTION AND EXTEND ALL DEADLINES THE DISCOVERY BY THREE (3) MONTHS (90 DAYS).

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA EMAIL ON 9/14/17 TO:**

**SCOTT W. ATHERTON, ESQ.
ATHERTON MCAULIFFE & REEDER PA
224 DATURA ST., SUITE 815
WEST PALM BEACH, FL  33401
TEL:   561.293.2530
FAX: 561.293.2593
EMAIL:  SCOTT@ATHERTONLG.COM**

**BY:_____/s/ Rivkah F. Jaff_____
         RIVKAH F. JAFF, ESQ.**